U.S.A. vs __Victor Castillo-Cornejo__ No. __07mj2631__

The Court finds excludable delay, under the section indicated by check (✓),
commenced on __11-9-07__ and ended on __11-16-07__ ; (XM)
_____ and ended on _____ . (   )

3161(h)

___ (1)(A)    Exam or hrg for **mental or physical incapacity**                                     A

___ (1)(B)    **NARA exam**ination (28:2902)                                                        B

___ (1)(D)    State or Federal trials or **other charges pending**                                  C

___ (1)(E)    **Interlocutory appeals**                                                             D

___ (1)(F)    **Pretrial motions** (from flg to hrg or other prompt dispo)                          E

___ (1)(G)    **Transfers from other district** (per FRCrP 20, 21 & 40)                             F

___ (1)(J)    **Proceedings under advisement** not to exceed thirty days                            G

___           Misc proc: Parole or prob rev, deportation, **extradition**                           H

___ (1)(H)    **Transportation** from another district or to/from examination                       6
              or hospitalization in ten days or less

___ (1)(I)    Consideration by Court of **proposed plea agreement**                                 7

___ (2)       **Prosecution deferred** by mutual agreement                                          I

✓ (3)(A)(B)   **Unavailability of defendant** or **essential witness**                              (M)

___ (4)       Period of **mental or physical incompetence** of defendant to                         N
              stand trial

___ (5)       Period of **NARA commitment or treatment**                                            O

___ (6)       **Superseding indictment and/or new charges**                                         P

___ (7)       **Defendant awaiting trial of co-defendant** when no severance                        R
              has been granted

___ (8)(A)(B) **Continuance**s granted per (h)(8)-use "T" alone if more than                        T
              one of the reasons below are given in support of continuance

___ (8)(B)(I) 1) Failure to grant a **continuance** in the proceeding                               T1
              would result in a **miscarriage of justice** and
              the ends of justice outweigh the best interest
              of the public and the defendant in a speedy trial.
              **(Continuance - miscarriage of justice)**

___           2) Failure to grant a **continuance** of the trial would result in
              a miscarriage of justice as the defendant has tendered a
              guilty plea to a magistrate judge and is awaiting a
              determination as to whether the plea will be accepted.
              **(Continuance - tendered a guilty plea)**

___ (8)(B)(ii)  2) **Case** unusual or **complex**                                                  T2

___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days          T3

___ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,                T4
              or give reasonable time to prepare
              **(Continuance re counsel)**

___ 3161(I)   Time up to **withdrawal of guilty plea**                                              U

___ 3161(b)   **Grand jury indictment time extended** thirty (30) more days

Date __11-9-07__                                                              __CAB__
                                                                          Judge's Initials