FILED

DEC 1 8 2007

1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

SOUTHERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,      )    Criminal Case No. 07CR 3294-BTM
                                   )
9              Plaintiff,          )    I N F O R M A T I O N
                                   )
10        v.                       )    Title 8, U.S.C., Sec. 1326(a)
                                   )    and (b) - Deported Alien Found
11   VICTOR CASTILLO-CORNEJO,      )    in the United States
                                   )    (Felony)
12             Defendant.          )
    _____)

13

14        The United States Attorney charges:

15        On or about November 8, 2007, within the Southern District of

16   California, defendant VICTOR CASTILLO-CORNEJO, an alien, who

17   previously had been excluded, deported and removed from the United

18   States to Mexico, was found in the United States, without the

19   Attorney General of the United States or his designated successor,

20   the Secretary of the Department of Homeland Security (Title 6,

21   United States Code, Sections 202(3) and (4), and 557), having

22   expressly consented to the defendant's reapplication for admission

23   to the United States; in violation of Title 8, United States Code,

24   Section 1326(a) and (b).

25
26
27   DDL:rp:San Diego
     11/28/2007
28

1     It is further alleged that defendant VICTOR CASTILLO-CORNEJO

2  was removed from the United States subsequent to September 13, 2002

3     DATED: 12/18/2007 .

4                                    KAREN P. HEWITT
                                     United States Attorney
5

6

7     for  DAVID D. LESHNER
                                     Assistant U.S. Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28