AO 455(Rev. 5/85) Waiver of Indictment

FILED

DEC 18 2007



# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| VICTOR CASTILLO-CORNEJO | |
| | CASE NUMBER: 07CR3294-BTM |

I, <u>VICTOR CASTILLO-CORNEJO</u> , the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony) being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _Dec. 18, 2007_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
        JUDICIAL OFFICER