```
CAROLYN L. OLIVER
California Bar No. 144750
LAW OFFICES OF CAROLYN L. OLIVER
7825 Fay Avenue, Suite 200
La Jolla, CA 92037
Telephone: (858) 456-3572
Facsimile:  (858) 536-5903

Attorney for Defendant VICTOR CASTILLO CORNEJO
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## (HON. BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  07-CR-03294-BTM |
| ) | |
| Plaintiff, ) | **JOINT STIPULATION TO** |
| v. ) | **CONTINUE SENTENCING** |
| ) | |
| VICTOR CASTILLO CORNEJO, ) | Judge:    Barry T. Moskowitz |
| Defendant. ) | |

The parties, defendant VICTOR CASTILLO CORNEJO, through his attorney, Carolyn L. Oliver, and Jeffrey Moore, Assistant U.S. Attorney, move to continue the sentencing hearing in the above-captioned case from August 8, 2008 at 11:00 a.m., to October 17, 2008 at 11:00 a.m.

Dated: August 7, 2008        *s/*Carolyn Oliver
                             CAROLYN L. OLIVER
                             Attorney for Defendant
                             VICTOR CASTILLO CORNEJO
                             coliver1@san.rr.com

Dated: August 7, 2008        *s/*Jeffrey Moore
                             JEFFREY MOORE
                             Assistant U.S. Attorney
                             jeffrey.moore@usdoj.gov

1:\Oliver\CastilloCornejoStipCont.wpd

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading:

### JOINT STIPULATION TO CONTINUE SENTENCING

is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**MAILING INFORMATION FOR CASE 08-CR03294-BTM**

1.   **Electronic Mail Notice List**

The following are those who are currently on the list to receive email notices for this case.

JEFFREY MOORE          jeffrey.moore@usdoj.gov


Date:  August 7, 20008          /s/ Carolyn Oliver
                                CAROLYN L. OLIVER
                                Attorney for Defendant
                                VICTOR CASTILLO CORNEJO
                                7825 Fay Avenue, Suite 200
                                La Jolla, CA 92037
                                Telephone: (858) 456-3572
                                Facsimile:  (858) 536-5903
                                coliver1@san.rr.com