**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(HON. BARRY T. MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07-CR-03294-BTM |
| Plaintiff, | ) ) | **ORDER CONTINUING SENTENCING** |
| v. | ) ) | |
| VICTOR CASTILLO CORNEJO, | ) ) | |
| Defendant. | ) ) | |

    Good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing in the above-captioned case is continued from August 8, 2008 at 11:00 a.m. to October 17, 2008 at 11:00 a.m.

    IT IS SO ORDERED.

DATED: August 8, 2008

*/s/ Barry Ted Moskowitz*
Honorable Barry Ted Moskowitz
United States District Judge